IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS<br><br>v.<br><br>VONNE BAILEY,<br>        DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CRIM. NO. 2014/0054 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession with intent to Distribute)

On or about May 28, 2014, at St. Croix, in the District of the Virgin Islands, the defendant,

**VONNE BAILEY,**

did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance,

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO
### (Unlawful Mailing of Firearm)

On or about May 28, 2014, at St. Croix, in the District of the Virgin Islands, the defendant,
**VONNE BAILEY,**

while aiding and abetting another, did knowingly cause to be delivered by mail according to the direction thereon, two firearms declared nonmailable by statute, a Springfield Armory .40 caliber pistol and a Smith and Wesson AR 15 lower receiver,

in violation of Title 18, United States Code, Sections 1715 and 2.

## COUNT THREE
### (Attempted Unauthorized Possession of a Firearm)

On or about May 28, 2014, at St. Croix, in the District of the Virgin Islands, the defendant,

**VONNE BAILEY,**

without being authorized by law, did knowingly attempt to possess a firearm, i.e. a .40 caliber pistol, by arranging to have the firearm mailed via United States Postal Service to St. Croix and instructing a sibling to pick up a package mailed to Andrew Bailey that contained said firearm,

in violation of Title 14, Virgin Islands Code, Sections 2253(a) and 331.

**(COUNT FOUR)**
**(Unauthorized Possession of Firearm seized from residence)**

On or about May 28, 2014, at St. Croix, in the District of the Virgin Islands, the defendant,

**VONNE BAILEY,**

without being authorized by law, did knowingly possess, bear, a firearm, i.e. a semiautomatic pistol,

in violation of Title 14, Virgin Islands Code, Section 2253(a).

## COUNT FIVE
### (Possession of Firearm with Obliterated Serial Number Seized from residence)

On or about May 28, 2014, at St. Croix, in the District of the Virgin Islands, the defendant,

**VONNE BAILEY,**

without being authorized by law, did knowingly possess a firearm with altered and obliterated identification marks, that is a semiautomatic pistol, in a residential area and a place where persons are gathered,

in violation of Title 23, Virgin Islands Code, Section 481(b).

The Grand Jury returned a TRUE BILL.

RONALD W. SHARPE
UNITED STATES ATTORNEY

BY: _____
    Rhonda Williams-Henry
    Assistant U.S. Attorney


DISTRICT COURT OF THE VIRGIN ISLANDS: Returned into the District Court this 23rd day of October 2014 by Grand Jurors and filed.

_____
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE